# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 21, 2006

Clifford W. Taylor,
Chief Justice

130714

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

SC: 130714
COA: 266523
Genesee CC: 04-013953-FH

BARBARA SUE WILLIAMS,
　　　　Defendant-Appellant.

_____/

　　　　On order of the Court, the application for leave to appeal the January 18, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

　　　　WEAVER, J., would deny leave to appeal and would not remand this case to the Court of Appeals, because the trial court made sufficient factual findings.

　　　　CORRIGAN, J., would deny leave to appeal.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 21, 2006

Clerk

d0718